**LINKGINE, INC., Appellant**

v.

**VIGLINK, INC., Skimlinks, Inc., Skimbit, Ltd., Appellees**

**2016-2087, 2016-2088**

United States Court of Appeals, Federal Circuit.

May 11, 2017

KIMBERLY L. BOLDT, Boldt Law Firm, PA, Boca Raton, FL, argued for appellant. Also represented by JEFFREY DAVID MUELLER, MARIO R. GIOMMONI; WILLIAM C. HEARON, William C. Hearon, PA, Miami, FL.

RICHARD MARTINELLI, Orrick, Herrington & Sutcliffe LLP, New York, NY, argued for appellees. Also represented by DONALD E. DAYBELL, Irvine, CA. Appellees Skimlinks, Inc., Skimbit, Ltd. also represented by CATRINA WANNING WANG, New York, NY.

NATHAN K. KELLEY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor Michelle K. Lee. Also represented by SCOTT WEIDENFELLER, BENJAMIN T. HICKMAN, KAKOLI CAPRIHAN.

(Prost, Chief Judge, Lourie and Stoll, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**